# THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

**MICHAEL MIDGLEY,**

    **Plaintiff,**

v.

**ROBERT MCMILLIAN, et al.,**

    **Defendants.**

3:13-CV-1941
(JUDGE MARIANI)

## ORDER

**AND NOW, THIS 9th DAY OF AUGUST, 2017**, upon review of Magistrate Judge Carlson's Report & Recommendation, (Doc. 99), for clear error and manifest injustice

**IT IS HEREBY ORDERED THAT**:

1. The Report & Recommendation, (Doc. 99), is **ADOPTED** for the reasons discussed therein.

2. Defendants' Motion for Summary Judgment, (Doc. 90), is **GRANTED.**

3. The Clerk of the Court is directed to enter judgment **IN FAVOR** of Defendants CCI Medical, Dr. Zaloga, Nurse Kenny, Nurse Jackie, and Tony Iannuzzi and **AGAINST** Plaintiff on all claims against those Defendants.

4. The case is **REMANDED** to Magistrate Judge Carlson for the purpose of conducting all pre-trial proceedings with respect to the remaining Defendants.

Robert D. Mariani
United States District Judge